[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12160
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-20852-JAL-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX AMERICO GIL,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 27, 2012)

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Margaret Foldes, appointed counsel for Felix Gil, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals a clerical error in the judgment.  Gil pleaded guilty to Counts I, II, and III of the indictment.  The written judgment reflects that he was convicted of all three counts, but lists only the corresponding statute for Count I, transfer of fraudulent identification documents in violation of 18 U.S.C. § 1028(a)(2).  It should also identify the corresponding statutes for Counts II and III:  furnishing a fraudulent passport in violation of 18 U.S.C. § 1543, and possession of a fraudulent entry document in violation of 18 U.S.C. § 1546(a).  *Cf. United States v. James*, 642 F.3d 1333, 1343 (11th Cir. 2011) (vacating and remanding where the judgment cited the incorrect statute under which the defendant was convicted).

Aside from this clerical error, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  We **VACATE AND REMAND** for the limited purpose of entering a judgment in conformity with the indictment and guilty plea.  Because independent examination of the entire record reveals no other arguable issues of merit, however, counsel's motion to withdraw is **GRANTED** and Gil's convictions and sentences are otherwise **AFFIRMED**.